**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Goldie M. Jack
In Proper Person
901 DeRouen St.
Ville Platte LA 70586


**REHEARING ACTION: November 21, 2007**


**Docket Number: 07   00102-WCA**

**GOLDIE M. JACK**
**VERSUS**
**PRAIRIE CAJUN SEAFOOD WHOLESALE**

**Appealed from Office of Workers' Compensation - # 4 Case No. 04-04435**


**BEFORE JUDGES:**

      **Hon. Jimmie C. Peters**
      **Hon. Glenn B. Gremillion**
      **Hon. J. David Painter**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Goldie M. Jack** has this day been

    **DENIED.**

Also, the request for en banc rehearing filed by **Goldie M. Jack** has this day been

    **DENIED.**


cc: Mark Alfred Ackal, Counsel for the Appellee